# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Vonda Jackson on behalf of P.J., <br><br> Plaintiff, <br><br> v. <br><br> Social Security Disability, <br><br> Defendant. | Case No. 2:22-cv-00962-DJA-RFB <br><br> **Report and Recommendation** |

After Plaintiff filed initiating documents and an incomplete application to proceed *in forma pauperis*, the Court gave Plaintiff until August 8, 2022, to file a complete *in forma pauperis* application or pay the filing fee. (ECF No. 4). In ordering Plaintiff to file the application or pay the filing fee the Court explained that "failure to comply with this order will result in a recommendation that [Plaintiff's] case be dismissed." (*Id*. at 2). To date, the Court has not received an application to proceed *in forma pauperis* or the filing fee.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 27, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE